MATTHEW MOULTEN G59155
Name and Prisoner/Booking Number
CSP-SACRAMENTO
Place of Confinement
P.O. Box 290066
Mailing Address
REPRESA, CA 95671
City, State, Zip Code

**FILED**

**Aug 21, 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW MOULTEN
(Full Name of Plaintiff)                 Plaintiff,

v.

(1) MARINE JAKUBOWSKI, M.D.,
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **2:19-cv-1617 KJN (PC)**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

   ☐ Other: _____.

2. Institution/city where violation occurred: MULE CREEK STATE PRISON _____.

## B. DEFENDANTS

1. Name of first Defendant: MARINE JAKUBOWSKI _____. The first Defendant is employed as:
   PSYCHOLOGIST _____ at MULE CREEK STATE PRISON .
            (Position and Title)          (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____ .
            (Position and Title)          (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____ .
            (Position and Title)          (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____ .
            (Position and Title)          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2. If yes, how many lawsuits have you filed? ONE . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: MATTHEW MOULTEN v. WISELY
      2. Court and case number: N/A
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) DISMISSED .
      _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: 5TH AMENDMENT RIGHT TO DUE PROCESS OF LAW.

2.  **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities
    - ☑ Disciplinary proceedings
    - ☐ Excessive force by an officer
    - ☐ Mail
    - ☐ Property
    - ☐ Threat to safety
    - ☐ Access to the court
    - ☐ Exercise of religion
    - ☐ Other: _____
    - ☐ Medical care
    - ☐ Retaliation

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    1. ON 1-28-19 I RECEIVED A RULE VIOLATION REPORT FOR BATTERY ON A NON-INMATE. ON 2-4-19 DR MARINE JAKUBOWSKI CAME TO MY CELL TO CONDUCT A MENTAL HEALTH ASSESSMENT FOR THE RULES VIOLATION REPORT I GOT ON 1-28-19. SHE ASKED ME IF I'D LIKE TO BE PULLED OUT FOR A CONFIDENTIAL MEETING TO WHICH I AGREED. SHE THEN TOLD ME SHE WOULD GO ASK AN OFFICER TO PULL ME OUT OF MY CELL FOR THE INTERVIEW. DR JAKUBOWSKI LEFT AND NEVER RETURNED. APPROXIMATELY AN HOUR AND A HALF LATER MY CLINICIAN LISA HARRIS CAME TO MY CELL FOR A CELL SIDE CHECK IN. SHE TOLD ME SHE COULDN'T PULL ME OUT EARLIER BECAUSE I WAS DUCATED FOR A MENTAL HEALTH ASSESSMENT AT THE SAME TIME, SO THE MHA (MENTAL HEALTH ASSESSMENT) TOOK PRECEDENCE OVER OUR 1 ON 1 CONSULTATION. I TOLD MS HARRIS THAT DR JAKUBOWSKI CAME AND TOLD ME SHE'D GET ME PULLED OUT, BUT NO C/O EVER CAME TO PULL ME OUT. I THEN ASKED MS. HARRIS IF I COULD BE PULLED OUT TO SPEAK WITH HER (MS. HARRIS), AND SHE TOLD ME SHE WOULD HAVE TO SEE ME NEXT WEEK BECAUSE IT WAS TOO LATE.

    2. ON 2-10-19, I RECEIVED THE MHA (MENTAL HEALTH ASSESSMENT) THAT DOCTOR JAKUBOWSKI SAID SHE CONDUCTED WITH ME. I THEN FILED A MENTAL HEALTH GRIEVANCE (FORM 602) ON DR JAKUBOWSKI BECAUSE THE MHA STATED SHE SPOKE WITH ME ABOUT THE

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    DEFENDANT VIOLATED MY RIGHT TO DUE PROCESS OF LAW WHEN SHE FAILED TO INTERVIEW ME, AND THEN LATER AUTHORED A MENTAL HEALTH ASSESSMENT THAT NEVER OCCURRED CLAIMING I MADE STATEMENTS, WHICH IN FACT, IS NOT TRUE

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim I?  ☑ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☑ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

(ATTACHMENT OF CLAIM I, PAGE 2 OF 2)

1  THAT APPEARED AS IF SHE ACTUALLY CONDUCTED A MENTAL
2  HEALTH ASSESSMENT INTERVIEW WITH ME.

3          6. DEFENDANT'S ACTIONS VIOLATED MY 5TH AMENDMENT
4  RIGHT TO DUE PROCESS OF LAW WHEN SHE DENIED ME THE
5  OPPORTUNITY TO CONVEY HOW MY MENTAL HEALTH PLAYED A ROLE
6  IN MY RULES VIOLATION REPORT. THE SUPPORTING FACTS GIVEN
7  HEREIN ARE SUPPORTED BY THE 2ND LEVEL REVIEWER'S DECISION
8  TO RE-ISSUE AND RE-HEAR MY APPEAL.

9          7. PLAINTIFF'S APPEAL WAS PARTIALLY GRANTED, AND AN
10  ORDER FOR THE RULES VIOLATION REPORT TO BE REISSUED AND
11  REHEARD WAS GRANTED. THIS REISSUE REHEAR EXHAUSTED
12  PLAINTIFF'S ADMINISTRATIVE REMEDIES BECAUSE THE ONLY WAY TO
13  RECTIFY AN UNFAIR HEARING WOULD BE TO GRANT THE
14  GRIEVANT A NEW HEARING. PLAINTIFF'S INMATE APPEAL GRIEVED
15  THE FACTS AT ISSUE, AND IN GRANTING HIS APPEAL IN PART AND
16  ORDERING THE RVR TO BE REISSUED AND REHEARD, PLAINTIFF
17  WAS PROVIDED WITH ALL THE RELIEF THAT THE ADMINISTRATIVE
18  PROCESS COULD PROVIDE.

19
20
21
22
23
24
25
26
27

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

PLAINTIFF SEEKS TO BE AWARDED $1,000.00 IN COMPENSATORY DAMAGES AND 1,500.00 IN PUNITIVE DAMAGES FOR A TOTAL OF $2,500.00 FOR HIS PRIMARY RIGHT TO BE FREE FROM HIS 5TH AMENDMENT RIGHT TO DUE PROCESS BEING VIOLATED.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8-20-19_____          _____
                  DATE                              SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.